UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MR. ANTOINE ELIAS NASR,** | Case No. LA CV 16-01673-VBF-E |
| **Petitioner,** | |
| v. | **JUDGMENT** |
| LORETTA LYNCH (US Attorney General), | |
| JEH JOHNSON (Sec'y Dep't Homeland Security), | |
| MR. JORGE FIELD (US ICE Field Office Director for the Theo Lacy Facility and Warden for Immigration Detention Facility), and | |
| STEVEN LAROCCA (Asst. Field Office Director), | |
| Respondents. | |

Pursuant to the Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that:

(1) **Grounds One and Two of the Petition are dismissed without prejudice**;

(2) **Ground Three of the Petition is denied and dismissed <u>with</u> prejudice**.

Dated: Monday, July 11, 2016

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
Senior United States District Judge